IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTOR L. MORENO,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)  **CIVIL NO. 06-044-JPG**<br>**TERRY L. McCANN, BILLY J.** )<br>**GROANING, DIANA L. WRIGHT,** )<br>**RONALD G. McGILL, OFFICER RETZ,** )<br>)<br>**Defendants.** ) | |

## JUDGMENT

      This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

      **IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

<u>August 23, 2006</u>               By:  <u>**s/ J. Phil Gilbert**</u>
*Date*                                         *District Judge*